PROB 12A
(Revised 05/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Timothy E. Harris</u>　　　Case Number: <u>3:03-00038</u>

Name of Sentencing Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>January 6, 2005</u>

Original Offense: <u>21 U.S.C. § 846 and 18 U.S.C. § 2 Conspiracy to Distribute and Possess with Intent to Distribute 5 Kilograms or More of Cocaine</u>

Original Sentence: <u>132 months' custody and five years' supervised release</u>

Type of Supervision: <u>Supervised release</u>　　　Date Supervision Commenced: <u>October 5, 2012</u>

Assistant U.S. Attorney: <u>Sunny A.M. Koshy</u>　　　Defense Attorney: <u>Terrance Earl McNabb</u>

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this <u>21st</u> day of <u>June</u>, 2013,
and made a part of the records in the above case.

_____
Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Amanda M. Russell
U.S. Probation Officer

Place　　<u>Nashville</u>

Date　　<u>June 20, 2013</u>

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall participate in a program of drug testing and substance abuse treatment at the direction of the U.S. Probation Office.** |

Mr. Harris has failed to report for random drug tests on three separate occasions: December 18, 2012, February 6, 2013, and May 10, 2013.

After each failure to appear, Mr. Harris was immediately contacted by the probation officer. Each time, Mr. Harris reported that he forgot to call the drug testing line to find out if he was scheduled for a random drug test.

### Compliance with Supervision Conditions and Prior Interventions:

Timothy E. Harris is employed and lives with his children in Mt. Juliet, Tennessee. Mr. Harris began his term of supervised release on October 5, 2012, and is supervision is due to terminate October 4, 2017.

Mr. Harris was given verbal reprimands after each missed drug test and re-instructed to not miss any future random drug tests. After the missed drug test on May 10, 2013, his drug tests were increased. Since the beginning of supervision, Mr. Harris has been drug tested on 19 different occasions, each time with a negative result.

Mr. Harris understands that failure to comply with drug testing is grounds for mandatory revocation and any further violation of this condition may result in a request for a hearing before the Court.

### U.S. Probation Officer Recommendation:

The probation officer is recommending no additional action be taken by the Court at this time. Assistant U.S. Attorney Sunny A.M. Koshy has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer